TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00793-CV

Chisos Grande, Inc., Appellant

v.

Clyde Combs, Marcia Combs, Duane Proppe and Marilyn Proppe, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 95-09583, HONORABLE JOSEPH HILL HART, JUDGE PRESIDING 

PER CURIAM

 All parties have filed a joint agreed motion to dismiss based on their settlement
agreement. Tex. R. App. P. 42.1(a)(1). The parties have stipulated that costs be taxed to the
party incurring same. We grant the motion and dismiss the appeal.

Before Justices Jones, Kidd and Yeakel

Dismissed on Joint Motion

Filed: October 12, 2000

Do Not Publish